# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ROQUE RODRIGUEZ-NOLASCO,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-05475-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO PROVIDE PETITIONER'S CORRECT A-NUMBER |

On July 17, 2026, the Court ordered Respondents to provide the Court with Petitioner's correct A-Number within seven days. (ECF No. 4.) To date, Respondents have failed to do so.

Within **TWO (2) days** of the date of service of this order, Respondents SHALL provide the Court with Petitioner's correct A-number.

IT IS SO ORDERED.

Dated: **July 28, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE